UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BEIJING LEMON MICROFUN COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRAILMIX LTD., <br><br> Defendant. | Case No. 5:22-cv-05172-VKD <br><br> **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** <br><br> Date Filed: September 9, 2022 <br><br> Trial Date: None Set |

☐ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

Dated: September 26, 2022

KEKER, VAN NEST & PETERS LLP

By: /s/ *Ajay S. Krishnan*
    AJAY S. KRISHNAN
    MICHELLE YBARRA
    NICHOLAS D. MARAIS

Attorneys for Plaintiff BEIJING LEMON MICROFUN COMPANY, LTD.